No. 851. Ledesma et al. *v.* Agrait et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en abril 22, 1912. Denegada la moción. Abogado de la parte promovente: *Sr. Eugenio Benítez Castaño.* Abogado de la parte contraria: *Sr. Juan de Guzmán Benítez.*

———

No. 405. El Pueblo *v.* Andrade.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Confirmada la sentencia apelada. Resuelto en abril 26, 1912. Abogado del apelante: *Sr. José de J. Tizol.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

———

No. 872. Yumet & Co. *v.* Quiñones.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción de la parte apelada para que se confirme la sentencia apelada. Resuelto en abril 26, 1912. Denegada la moción por no haber hecho gestión alguna ante este tribunal la parte apelante, para que se tenga por no interpuesto el recurso de apelación. Abogado del apelante: *Sr. Víctor P. Martínez.* Abogados de los apelados: *Sres. Reichard & Reichard.*

———

Ex Parte López.—Procedimiento sobre cancelación de fianza de un procurador. Resuelto en abril 29, 1912. Cancelada la fianza. Abogado de la peticionaria: *Sr. José G. Torres.*

———

No. 858. Mas et al *v.* Borinquen Sugar Company.—Apelación procedente de la Corte de Distrito de Humacao. Moción desistiendo de la apelación. Resuelto en Mayo 8, 1912. Desistida la apelación a instancia de la parte apelante. Abogados de los apelantes: *Sres. Aponte y Aponte.* Abogados de la parte contraria: *Sres. Alvarez Nava y Domínguez.*